

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00330-CV

**IN RE J.O.H.**, R.F.B., H.R., J.J.R., and M.L.D.

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00260
Honorable Peter A. Sakai, Judge Presiding[1]

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED December 18, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

---

[1] Associate Judge Charles Montemayor presided over Appellant Mother's termination hearing and signed the interlocutory order terminating Appellant Mother's parental rights. The Honorable Peter A. Sakai signed the final order in the underlying cause, which terminated the parental rights of the fathers. None of the fathers have appealed the termination of their parental rights.